### 17441.  CLOUD *v.* THE STATE.

### 17442.  GAILLARD *v.* THE STATE.

BROYLES, C. J.  Cloud and Gaillard were jointly indicted for burglary, and were convicted.  Their conviction was authorized by the evidence, and in neither case does the amendment to the motion for a new trial show cause for a reversal of the judgment overruling the motion.

*Judgments affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED AUGUST 4, 1926.

Burglary; from Hall superior court—Judge J. B. Jones.  May 6, 1926.

*S. M. Ledford, G. F. Kelley,* for plaintiff in error.

*Robert McMillan, solicitor-general, Pearce Matthews,* contra.

---

Burglary, 9 C. J. p. 1075, n. 13.

---

### 17443.  SOUTHERN *v.* THE STATE.

LUKE, J.  The conviction of the offense of larceny was amply authorized by the evidence.  The special assignments of error, complaining of the court's refusal to continue his case and upon the court's rulings upon the admissibility of evidence, are without merit.  The plaintiff in error has had a legal trial, and for no reason pointed out in the record did the court err in overruling the motion for a new trial.

*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED AUGUST 4, 1926.

Larceny of automobile; from Gordon superior court—Judge Tarver.  April 19, 1926.

*Joseph M. Lang,* for plaintiff in error.

*C. C. Pittman, solicitor-general,* contra.

---

Larceny, 36 C. J. p. 899, n. 34.